**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>     Johnny L Reece<br>     Linda L Reece<br>          Debtor(s) | Case No. 13-28023 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/12/2013.

2) The plan was confirmed on 09/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2017.

5) The case was completed on 09/10/2018.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $39,575.00.

10) Amount of unsecured claims discharged without payment: $71,424.15.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $91,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$91,500.00** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,226.29 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,726.29** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM F | Secured | 15,704.00 | 15,704.00 | 15,704.00 | 15,704.00 | 2,102.39 |
| AMERICREDIT FINANCIAL DBA GM F | Unsecured | NA | 3,020.53 | 3,020.53 | 1,710.21 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 172.00 | 179.69 | 179.69 | 101.74 | 0.00 |
| CENTEGRA HOSPITAL MCHENRY | Unsecured | 250.00 | 528.79 | 528.79 | 299.40 | 0.00 |
| FIFTH THIRD BANK | Secured | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 21.00 | 20.80 | 20.80 | 11.78 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 183.00 | 180.00 | 180.00 | 101.92 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 125.00 | 120.00 | 120.00 | 67.94 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 200.00 | 125.00 | 125.00 | 70.77 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 186.00 | 186.40 | 186.40 | 105.54 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 200.00 | 183.06 | 183.06 | 103.65 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 175.00 | 140.06 | 140.06 | 79.30 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 25.00 | 25.00 | 14.15 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 0.00 | 200.00 | 200.00 | 113.24 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 150.00 | 150.00 | 84.93 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 0.00 | 45.00 | 45.00 | 25.48 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 175.00 | 175.00 | 99.08 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 145.00 | 145.00 | 82.10 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | NA | 200.00 | 200.00 | 113.24 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 730.00 | 661.89 | 661.89 | 374.76 | 0.00 |
| LAKE HEART SPECIALISTS | Unsecured | 510.00 | 496.19 | 496.19 | 280.94 | 0.00 |
| NAVY EXCHANGE SERVICE COMMA | Unsecured | 265.00 | 247.95 | 247.95 | 140.39 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 2,000.00 | 973.06 | 973.06 | 550.94 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 45,814.00 | 17,207.69 | 17,207.69 | 9,742.92 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 51,721.87 | 51,721.87 | 29,284.70 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | Unsecured | 0.00 | 87.00 | 87.00 | 49.26 | 0.00 |
| NEX/MIL STAR/EXCHANGE | Unsecured | 989.00 | 989.02 | 989.02 | 559.98 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 390.00 | 390.95 | 390.95 | 221.35 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Secured | 8,696.00 | 8,696.00 | 8,696.00 | 8,696.00 | 1,164.43 |
| REGIONAL ACCEPTANCE CORPORAT | Unsecured | NA | 1,152.39 | 1,152.39 | 652.48 | 0.00 |
| MRSI | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| HELZBERG DIAMOND 640/TRIDENT | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| MARIO TRICOCI SALON #3110/GLOB | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MARIO TRICOCI SALON #3210/GLOB | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DENTAL | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS/GREAT | Unsecured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROU | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROU | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROU | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROU | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROU | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 1,640.00 | NA | NA | 0.00 | 0.00 |
| FOX LAKE FIRE PROTECTION | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GREENLEAF ORTHOPAEDIC ASSOC | Unsecured | 952.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF LAKE COUNTY/ARMOR | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB/RJM ACQ | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTF | Unsecured | 1,308.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,037.00 | NA | NA | 0.00 | 0.00 |
| ALCHEMY WORLDWIDE LLC PROVII | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN VISION CENTER/CAPITAI | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST/IC SYSTEM INC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| CARSON PIRIE SCOTT 550/TRIDENTA | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL CT | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55 | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| NCO MEDCLR | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NCO MEDCLR | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NCO MEDCLR | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| NCO MEDCLR | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS/ASSET ACCEPTANCE | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE CENTER GESTROENT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 1,276.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST LAKE FOREST HOSPIT/ | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 1,640.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE/NCO FIN/ | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| SALLYS BEAUTY 452/TRIDENT ASSE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK/PROFESSNL ACCT MGMT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| TMOBILE/AFNI INC | Unsecured | 1,037.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALON COSMETICS AND FRAC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECT BUR INC | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECT BUR INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 6,606.00 | 8,062.06 | 8,062.06 | 4,564.70 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,500.00 | $6,500.00 | $0.00 |
| Debt Secured by Vehicle | $24,400.00 | $24,400.00 | $3,266.82 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,900.00** | **$30,900.00** | **$3,266.82** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$87,614.40** | **$49,606.89** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,726.29 |
| Disbursements to Creditors | $83,773.71 |
| **TOTAL DISBURSEMENTS :** | **$91,500.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/17/2019    By: /s/ Glenn Stearns
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**